UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MACIE WAGONER, et al. | Civil Action No.: 09-7257 |
| versus | Section: L |
| | Judge: Fallon |
| EXXONMOBIL CORP., et al. | Magistrate: Knowles (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' INDUSTRIAL HYGIENIST JOHN SPENCER

Plaintiff, Macie Wagoner, through undersigned counsel, respectfully move to exclude testimony of defendants' industrial hygienist John Spencer. Mr. Spencer's opinions are not based on reliable scientific methods and principles under the standards set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*[1] and Rule 702 of the Federal Rules of Evidence (FRE). Plaintiffs request the exclusion of Mr. Spencer's testimony for reasons more fully set forth in the accompanying memorandum in support.

Respectfully Submitted:

s/ Amber E. Cisney
Richard J. Fernandez (La. Bar No. 5532)
Amber Cisney (La. Bar No. 28821)
**Richard J. Fernandez, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone:   (504) 834-8500
Facsimile:   (504) 834-1511
E-mail:       rick@rjfernandez.com
                amber @rjfernandezlaw.com

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993).

and

L. Eric Williams, Jr. (La. Bar No. 26773)
**Williams Law Office, LLC**
3000 W. Esplanade Ave., Ste. 200
Metairie, Louisiana  70002
Telephone:  (504) 832-9898
Facsimile:  (504) 834-1511
E-mail:     eric@amlbenzene.net
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, via electronic filing on this 15th day of July , 2011.

s/ Amber E. Cisney
Amber E. Cisney